# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONNIE P. THERIOT AND TORIE
LEBOEUF THERIOT,
INDIVIDUALLY AND ON BEHALF
OF THE MINORS, OWEN PAUL
THERIOT AND REED RYAN
THERIOT

NO. 2019 CW 0762

VERSUS

TOTAL WIRELINE SERVICES,
INC.

CONSOLIDATED WITH

DONNIE P. THERIOT AND TORIE
LEBOEUF THERIOT,
INDIVIDUALLY AND ON BEHALF
OF THE MINORS, OWEN PAUL
THERIOT AND REED RYAN
THERIOT

NO. 2019 CW 0765

VERSUS

**DEC 1 0 2019**

TOTAL WIRELINE SERVICES,
INC.

---

In Re:     Total Wireline Services, Inc. and Perry F. Perrin;
Liberty Mutual Insurance Company, applying for
supervisory writs, 32nd Judicial District Court,
Parish of Terrebonne, No. 175,659.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court's judgment of May 10, 2019, denying defendants/relators, Total Wireline Services, Inc. and Perry F. Perrin's Motion for Summary Judgment, and Liberty Mutual Insurance Company's Motion for Summary Judgment, is hereby reversed. Herein, plaintiff/relator, Donnie P. Theriot, was an experienced repairman and, considering the nature of the boat's damage, Total Wireline Services, Inc. and Perry F. Perrin owed no duty to warn him about the risk posed by gasoline leaking onto the water following the boat's submersion. See **Sanders v. Posi-Seal International**, 93-1007 (La. App. 1st Cir. 4/8/94), 635 So.2d 760 & **Doucet v. Superior Gauging Services, Inc.**, 2018-861 (La. App. 3d Cir. 4/17/19), 268 So.3d 1082. Accordingly, judgment is entered in favor of Total Wireline Services, Inc. and Perry F. Perrin, granting their motion for summary judgment, and Liberty Mutual Insurance Company, granting its motion for summary judgment.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT